# ARCCA INVOICE

PERIOD ENDING April 7, 2007
STATEMENT DATE April 13, 2007
Statement No. 40523
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No. 3373-001*

## SUMMARY OF ARCCA PROFESSIONAL FEES:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Yolanda Chilson | 3.00 @ | 30.00/hr | $ 90.00 |
| Leah Nagle | 1.00 @ | 30.00/hr | $ 30.00 |
| Kristen J. Nicholson | 38.25 @ | 135.00/hr | $ 5,163.75 |
| Lori L. Renner | 2.00 @ | 65.00/hr | $ 130.00 |
| Susan M. Weldon | 1.00 @ | 50.00/hr | $ 50.00 |
| Gary R. Whitman | 50.25 @ | 300.00/hr | $15,075.00 |

Subtotal Professional Fees: $ 20,538.75

Subtotal Expenses: $ 820.00





ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

|  |  |
|---|---|
| Total Current Billing: | $ 21,358.75 |
| Previous Balance Due: | 0.00 |
| **Total Now Due** | $ **21,358.75** |

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days



ARCCA, INCORPORATED

PO BOX 78 · PENNS PARK PA 18943-0078     PHONE 215-598-9750 · FAX 215-598-9751

Statement as of April 7, 2007
Statement No. 40523
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068

## Professional Fees

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2007 | KJN | Reviewed file documents and prepared preliminary case review summary [1.0]. | 1.00 | 135.00 | 135.00 |
| 2/1/2007 | SW | Conducted conflict check and prepared files [1] | 1.00 | 50.00 | 50.00 |
| 2/2/2007 | KJN | Reviewed file documents and prepared preliminary case review summary [7.0]. | 7.00 | 135.00 | 945.00 |
| 2/8/2007 | KJN | Reviewed file documents and prepared preliminary case review summary [2.5]. | 2.50 | 135.00 | 337.50 |
| 2/20/2007 | GRW | Participated in telephone call with attorney. [.5] | 0.50 | 300.00 | 150.00 |
| 3/15/2007 | KJN | Assisted G. Whitman with report research [2.25]. | 2.25 | 135.00 | 303.75 |
| 3/21/2007 | KJN | Prepared for and assisted G. Whitman with child seat inspection [1.75]; searched for exemplar vehicle and surrogate for fit check [0.25]. | 2.00 | 135.00 | 270.00 |
| 3/21/2007 | GRW | Reviewed file and conducted inspection of the subject child restraint seat. [2.0]; participated in telephone call with attorney. [.5] | 2.50 | 300.00 | 750.00 |
| 3/22/2007 | YC | Labeled and prepared (2) rolls of photographs (2 sets) | 1.00 | 30.00 | 30.00 |
| 3/22/2007 | KJN | Reviewed and summarized deposition transcript for M. Viets [1.0]. | 1.00 | 135.00 | 135.00 |
| 3/22/2007 | GRW | Continued preparation of analysis report. [4.0] | 4.00 | 300.00 | 1,200.00 |
| 3/23/2007 | KJN | Reviewed and summarized deposition transcript for M. Viets [1.5], R. Viets [1.5]; reviewed sled test videos [1.0]. | 4.00 | 135.00 | 540.00 |
| 3/23/2007 | GRW | Continued preparation of analysis report. [2.5] | 2.50 | 300.00 | 750.00 |
| 3/26/2007 | KJN | Reviewed sled test videos [0.75]. | 0.75 | 135.00 | 101.25 |
| 3/26/2007 | GRW | Continued preparation of analysis report. [4.0] | 4.00 | 300.00 | 1,200.00 |
| 3/27/2007 | KJN | Reviewed sled test videos [1.0]. | 1.00 | 135.00 | 135.00 |
| 3/27/2007 | GRW | Continued preparation of analysis report. [7.5]; continued preparation of analysis report. [3.0] | 10.50 | 300.00 | 3,150.00 |
| 3/28/2007 | KJN | Reviewed discovery file material [2.25]. | 2.25 | 135.00 | 303.75 |

ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078        PHONE 215-598-9750 · FAX 215-598-9751

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/29/2007 | KJN | Participated in conference call with G. Whitman and the attorney [1.0]; assisted G. Whitman with surrogate fit check analysis [2.0]; reviewed and summarized discovery documents [4.0]. | 7.00 | 135.00 | 945.00 |
| 3/29/2007 | GRW | Continued preparation of analysis report. [1.0]; participated in telephone call with attorney and bio. [1.0]; reviewed discovery with K. Nicholson.[1.0]; conducted inspection of exemplar vehicle and a surrogate fit test with an exemplar and alternative child restraint seats. [3.0] | 6.00 | 300.00 | 1,800.00 |
| 3/30/2007 | KJN | Reviewed discovery documents [0.5]. | 0.50 | 135.00 | 67.50 |
| 3/30/2007 | GRW | Continued preparation of analysis report. [3.0] | 3.00 | 300.00 | 900.00 |
| 4/1/2007 | YC | Labeled and prepared (4) rolls of photographs (2 sets) | 2.00 | 30.00 | 60.00 |
| 4/2/2007 | GRW | Reviewed fit check photographs. [.25] | 0.25 | 300.00 | 75.00 |
| 4/3/2007 | KJN | Assisted G. Whitman with report research [0.75]. | 0.75 | 135.00 | 101.25 |
| 4/3/2007 | GRW | Conducted fit check of exemplar booster seat in and exemplar vehicle with child dummy. [1.0]; continued preparation of analysis report. [4.5] | 5.50 | 300.00 | 1,650.00 |
| 4/4/2007 | LN | Labeled and prepared (1) rolls of photographs (2 sets) | 0.50 | 30.00 | 15.00 |
| 4/4/2007 | KJN | Reviewed sled test videos [2.25]; continued to research and prepare analysis report [0.75] | 3.00 | 135.00 | 405.00 |
| 4/4/2007 | GRW | Continued preparation of analysis report. [3.5] | 3.50 | 300.00 | 1,050.00 |
| 4/5/2007 | KJN | Continued to research and prepare analysis report [1.75]; prepared for and assisted G. Whitman with fit check analysis [0.5]. | 2.25 | 135.00 | 303.75 |
| 4/5/2007 | GRW | Conducted supplemental fit check. [1.5]; reviewed literature pertaining to children restrained in lap/shoulder belts. [3.0]; continued preparation of analysis report. [2.0] | 6.50 | 300.00 | 1,950.00 |
| 4/6/2007 | LN | Labeled and prepared (1) roll of photographs (2 sets) | 0.50 | 30.00 | 15.00 |
| 4/6/2007 | KJN | Assembled report references [1.0]. | 1.00 | 135.00 | 135.00 |
| 4/6/2007 | llr | Report editing for formatting, accuracy & consistency | 2.00 | 65.00 | 130.00 |
| 4/6/2007 | GRW | Continued preparation of analysis report. [1.0]; participated in telephone call with attorney. [.5] | 1.50 | 300.00 | 450.00 |

Sub-total Fees: 20,538.75

### Rate Summary

| Name | Hours/Rate | Amount |
|---|---|---|
| Yolanda Chilson | 3.00 hours at $ 30.00/hr | 90.00 |
| Leah Nagle | 1.00 hours at $ 30.00/hr | 30.00 |
| Kristen J. Nicholson | 38.25 hours at $135.00/hr | 5,163.75 |
| Lori L. Renner | 2.00 hours at $ 65.00/hr | 130.00 |
| Susan M. Weldon | 1.00 hours at $ 50.00/hr | 50.00 |
| Gary R. Whitman | 50.25 hours at $300.00/hr | 15,075.00 |

Total hours: 95.50

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 2/12/2007 | Engineers' Meeting to Review Case and Develop Follow-Up Actions | 500.00 |
| 3/22/2007 | Photograph Development Costs (3/21/07) | 80.00 |
| 4/1/2007 | Photograph Development Costs (3/29/07) | 160.00 |
| 4/4/2007 | Photograph Development Costs (4/3/07) | 40.00 |
| 4/6/2007 | Photograph Development Costs (4/5/07) | 40.00 |
| | Sub-total Expenses: | 820.00 |

**Trust Account**

| | | | |
|---|---|---|---|
| | | Beginning Balance: | 0.00 |
| 2/2/2007 | 1386 | | 3,000.00 |
| | | Ending Balance: | 3,000.00 |

Retainer Held In Trust Until Final Invoice

| | |
|---|---|
| Total Current Billing: | 21,358.75 |
| Previous Balance Due: | 0.00 |
| **Total Now Due:** | **21,358.75** |

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days.



ARCCA, Incorporated
PO Box 78 · Penns Park PA 18943-0078    Phone 215-598-9750 · Fax 215-598-9751

# ARCCA INVOICE

PERIOD ENDING May 5, 2007
STATEMENT DATE May 11, 2007
Statement No. 40838
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No. 3373-001*

**SUMMARY OF ARCCA PROFESSIONAL FEES:**

| | | | |
|---|---|---|---|
| Yolanda Chilson | 10.00 @ | 30.00/hr | $ 300.00 |
| Kristen J. Nicholson | 12.25 @ | 135.00/hr | $ 1,653.75 |
| Lori L. Renner | 0.50 @ | 65.00/hr | $ 32.50 |
| Gary R. Whitman | 5.00 @ | 300.00/hr | $ 1,500.00 |

Subtotal Professional Fees: $ 3,486.25

Subtotal Expenses: $ 1,056.00

Total Current Billing: $ 4,542.25
Previous Balance Due: 21,358.75

**Total Now Due** $ 25,901.00

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/9/2007 | KJN | Updated file with report references [8.0]. | 8.00 | 135.00 | 1,080.00 |
| 4/9/2007 | GRW | Continued review of literature and preparation of the report. [4.0] | 4.00 | 300.00 | 1,200.00 |
| 4/10/2007 | KJN | Updated file with report references and discovery documents [3.25]. | 3.25 | 135.00 | 438.75 |
| 4/10/2007 | GRW | Continued preparation of report. [1.0] | 1.00 | 300.00 | 300.00 |
| 4/11/2007 | YC | Coordinated request for reproduction of documents. | 3.00 | 30.00 | 90.00 |
| 4/12/2007 | YC | Coordinated request for reproduction of documents. | 5.00 | 30.00 | 150.00 |
| 4/13/2007 | YC | Coordinated request for reproduction of documents. | 2.00 | 30.00 | 60.00 |
| 4/23/2007 | KJN | Discussed report status with the client [0.25]; continued to research and prepare analysis report [0.5]. | 0.75 | 135.00 | 101.25 |
| 4/25/2007 | KJN | Called paralegal to coordinate report submission [0.25]. | 0.25 | 135.00 | 33.75 |
| 4/25/2007 | llr | Report editing for formatting, accuracy & consistency; footnotes | 0.50 | 65.00 | 32.50 |

Sub-total Fees: 3,486.25

**Rate Summary**

| | | |
|---|---|---|
| Yolanda Chilson | 10.00 hours at $ 30.00/hr | 300.00 |
| Kristen J. Nicholson | 12.25 hours at $135.00/hr | 1,653.75 |
| Lori L. Renner | 0.50 hours at $ 65.00/hr | 32.50 |
| Gary R. Whitman | 5.00 hours at $300.00/hr | 1,500.00 |

Total hours: 27.75

**Expenses**

| | | |
|---|---|---|
| 4/11/2007 | Expenses for Exemplar Vehicle & Surrogate Fees (3/29/07) | 390.00 |
| 4/11/2007 | Expenses for Exemplar Surrogate & Vehicle Fees | 390.00 |

3373-001 / Viets v. Doral, Target, Cosco, et al

| | | |
|---|---|---:|
| | (4/5/07) | |
| 4/13/2007 | Expenses for UPS (4/2/07) | 31.73 |
| 4/20/2007 | Expenses for DVD (4/9/07) | 170.00 |
| 4/20/2007 | Expenses for CD (4/6/07) | 5.00 |
| 4/20/2007 | Expenses for UPS (4/6/07) | 32.68 |
| 4/30/2007 | Expenses for Federal Express (4/16/07) | 18.59 |
| 4/30/2007 | Expenses for color copies (4/30/07) | 18.00 |
| | Sub-total Expenses: | 1,056.00 |

| | |
|---|---:|
| Total Current Billing: | 4,542.25 |
| Previous Balance Due: | 21,358.75 |
| **Total Now Due:** | **25,901.00** |

TERMS: Net 30 days. Interest of 1.5% per month
applied on accounts over 45 days.



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

# ARCCA INVOICE
PERIOD ENDING June 9, 2007
STATEMENT DATE June 14, 2007
Statement No. 41145
**ARCCA TAX ID: 23-2515426**

X348

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No. 3373-001*

## SUMMARY OF ARCCA PROFESSIONAL FEES:

| | | | |
|---|---|---|---|
| Gus Lang | 1.00 @ 85.00/hr | $ | 85.00 |
| Kristen J. Nicholson | 5.25 @ 135.00/hr | $ | 708.75 |
| Gary R. Whitman | 23.50 @ 300.00/hr | $ | 7,050.00 |
| Gary R. Whitman | 12.00 @ 350.00/hr | $ | 4,200.00 |

Subtotal Professional Fees: $ 12,043.75

Subtotal Expenses: $ 6,485.09

Total Current Billing: $ 18,528.84
Previous Balance Due: 24,501.00

**Total Now Due** $ 43,029.84

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078     PHONE 215-598-9750 · FAX 215-598-9751

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/9/2007 | GRW | Reviewed Huot, Brown, Bilston paper on child side impact protection.[.5] | 0.50 | 300.00 | 150.00 |
| 5/16/2007 | GL | Made one copy of cd A1082, A1083, A1084 [1] | 1.00 | 85.00 | 85.00 |
| 5/16/2007 | GRW | Reviewed sled test video of alternative child restraint seats. [1.0] | 1.00 | 300.00 | 300.00 |
| 5/24/2007 | GRW | Began review of the file in preparation for deposition. [2.0] | 2.00 | 300.00 | 600.00 |
| 5/30/2007 | KJN | Updated file with sled test videos [0.25]. Updated case summary and discovery review summary documents [0.5]; reviewed report by Dr. Adelman and defendant's answers to interrogatories [0.5]. | 1.25 | 135.00 | 168.75 |
| 5/30/2007 | GRW | Continued preparation for deposition. [4.5] | 4.50 | 300.00 | 1,350.00 |
| 5/31/2007 | KJN | Assisted G. Whitman with deposition preparation [0.75]. | 0.75 | 135.00 | 101.25 |
| 5/31/2007 | GRW | Prepared for deposition. [7.5] | 7.50 | 350.00 | 2,625.00 |
| 6/1/2007 | KJN | Updated file with references and resources [2.5]. | 2.50 | 135.00 | 337.50 |
| 6/1/2007 | GRW | Reviewed attorney provided material. [1.0]; continued preparation for deposition. [6.0] | 7.00 | 300.00 | 2,100.00 |
| 6/2/2007 | GRW | Continued to prepare for deposition. [2.0] | 2.00 | 300.00 | 600.00 |
| 6/4/2007 | KJN | Assisted G. Whitman with deposition preparation [0.75]. | 0.75 | 135.00 | 101.25 |
| 6/4/2007 | GRW | Continued rpeparation for deposition. [4.0]; met with attorney prior to deposition. [1.5]; provided deposition testimony. [4.5]; secured evidence, discussed case with attorney, organized deposition exhibits post deposition. [1.0] | 11.00 | 312.50 | 3,525.00 |

Sub-total Fees: 12,043.75

**Rate Summary**
1.00 hours at $ 85.00/hr     85.00
5.25 hours at $135.00/hr    708.75

Gus Lang
Kristen J. Nicholson
ARCCA

ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

| | | |
|---|---|---:|
| Gary R. Whitman | 23.50 hours at $300.00/hr | 7,050.00 |
| Gary R. Whitman | 12.00 hours at $350.00/hr | 4,200.00 |
| | Total hours: 41.75 | |

**Expenses**

| | | |
|---|---|---:|
| 5/9/2007 | Expenses for Safety Research & Strategies, Inc. (5/1/07) | 6,390.59 |
| 5/16/2007 | CD Stock Expense | 30.00 |
| 6/1/2007 | Expenses for CD (5/30/07) | 5.00 |
| 6/8/2007 | Expenses for The Robert Packer Hospital (5/31/07) | 19.50 |
| 6/8/2007 | Expenses for CD (6/1/07) | 35.00 |
| 6/8/2007 | Expenses for CD (6/4/07) | 5.00 |
| | Sub-total Expenses: | 6,485.09 |

**Payments**

| | | | |
|---|---|---|---:|
| 5/21/2007 | Payment | 368424 by opposing for dep testmy | 1,400.00 |
| | | Sub-total Payments: | 1,400.00 |

| | |
|---|---:|
| Total Current Billing: | 18,528.84 |
| Previous Balance Due: | 24,501.00 |
| **Total Now Due:** | **43,029.84** |

TERMS: Net 30 days. Interest of 1.5% per month
applied on accounts over 45 days.



ARCCA, INCORPORATED

PO BOX 78 · PENNS PARK PA 18943-0078     PHONE 215-598-9750 · FAX 215-598-9751

# ARCCA INVOICE
PERIOD ENDING June 30, 2007
STATEMENT DATE July 6, 2007
Statement No. 41369
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No. 3373-001*

**SUMMARY OF ARCCA PROFESSIONAL FEES:**

| | | | |
|---|---|---|---|
| Yolanda Chilson | 1.50 @ 30.00/hr | $ | 45.00 |
| Gus Lang | 3.50 @ 85.00/hr | $ | 297.50 |
| Gary R. Whitman | 0.25 @ 300.00/hr | $ | 75.00 |

| | | |
|---|---|---|
| Subtotal Professional Fees: | $ | 417.50 |
| Subtotal Expenses: | $ | 246.33 |
| Total Current Billing: | $ | 663.83 |
| Previous Balance Due: | | 42,874.84 |
| **Total Now Due** | $ | **43,538.67** |

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days



ARCCA, Incorporated
PO Box 78 · Penns Park PA 18943-0078    Phone 215-598-9750 · Fax 215-598-9751

Statement as of June 30, 2007
Statement No. 41369
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/26/2007 | GL | Made two copies of cd A1082, A1083, A1084 and seven misc.CDS [3.5] | 3.50 | 85.00 | 297.50 |
| 6/27/2007 | YC | Coordinated request for reproduction of documents. | 1.50 | 30.00 | 45.00 |
| 6/27/2007 | GRW | Participated in telephone call with Dr. Adelman. [.25] | 0.25 | 300.00 | 75.00 |
| | | | | Sub-total Fees: | 417.50 |

**Rate Summary**

| | | |
|---|---|---|
| Yolanda Chilson | 1.50 hours at $ 30.00/hr | 45.00 |
| Gus Lang | 3.50 hours at $ 85.00/hr | 297.50 |
| Gary R. Whitman | 0.25 hours at $300.00/hr | 75.00 |

Total hours: 5.25

**Expenses**

| | | |
|---|---|---|
| 6/18/2007 | Meeting Expenses (6/4/07) | 28.33 |
| 6/26/2007 | CD Stock Expense | 200.00 |
| 6/27/2007 | Expenses for color copies (6/27/07) | 18.00 |
| | Sub-total Expenses: | 246.33 |

**Payments**



| | | | |
|---|---|---|---|
| 6/27/2007 | Payment | 369891 by opp for reproductions | 155.00 |
| | | Sub-total Payments: | 155.00 |



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

|                        |           |
|------------------------|-----------|
| Total Current Billing: | 663.83    |
| Previous Balance Due:  | 42,874.84 |
| **Total Now Due:**     | **43,538.67** |

TERMS: Net 30 days. Interest of 1.5% per month applied on accounts over 45 days.



ARCCA, INCORPORATED

PO BOX 78 · PENNS PARK PA 18943-0078        PHONE 215-598-9750 · FAX 215-598-9751

# ARCCA INVOICE
PERIOD ENDING  July 28, 2007
STATEMENT DATE  August 3, 2007
Statement No. 41628
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ  08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No.  3373-001*

| | | |
|---|---|---:|
| Subtotal Expenses: | $ | 68.56 |
| | | |
| Total Current Billing: | $ | 68.56 |
| Previous Balance Due: | | 43,538.67 |
| **Total Now Due** | $ | **43,607.23** |

TERMS: Net 30 days. Interest of 1.5% per
month applied on accounts over 45 days



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078     PHONE 215-598-9750 · FAX 215-598-9751

Statement as of July 28, 2007
Statement No. 41628
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068

**Expenses**

| | | | |
|---|---|---|---:|
| 7/9/2007 | Expenses for DVD (6/27/07) | | 10.00 |
| 7/16/2007 | Expenses for Federal Express (6/29/07) | | 40.44 |
| 7/16/2007 | Expenses for Federal Express (6/29/07) | | 18.12 |
| | | Sub-total Expenses: | 68.56 |

| | |
|---:|---:|
| Total Current Billing: | 68.56 |
| Previous Balance Due: | 43,538.67 |
| **Total Now Due:** | **43,607.23** |

TERMS: Net 30 days. Interest of 1.5% per month
applied on accounts over 45 days.



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

# ARCCA INVOICE
PERIOD ENDING March 11, 2008
STATEMENT DATE March 11, 2008
Statement No. 43731
**ARCCA TAX ID: 23-2515426**

Michael E. Wilbert, Esquire
Michael E. Wilbert Counselor-At-Law

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

*Case Name: Viets v. Doral, Target, Cosco, et al*
*ARCCA File No. 3373-001*

**SUMMARY OF ARCCA PROFESSIONAL FEES:**

| | | | |
|---|---|---|---|
| David Gushue, Ph.D. | 1.00 | @ 200.00/hr | $ 200.00 |
| Gary R. Whitman | 6.00 | @ 300.00/hr | $ 1,800.00 |

Subtotal Professional Fees: $ 2,000.00

Subtotal Expenses: $ 7,008.90

Total Current Billing: $ 9,008.90
Previous Balance Due: 43,607.23

Total Now Due $ 52,616.13

TERMS: Net 30 days. Interest of 1.5% per
month applied on accounts over 45 days



ARCCA, INCORPORATED
PO BOX 78 · PENNS PARK PA 18943-0078    PHONE 215-598-9750 · FAX 215-598-9751

Statement as of March 11, 2008
Statement No. 43731
ARCCA TAX ID: 23-2515426

Michael E. Wilbert Counselor-At-Law

Michael E. Wilbert, Esquire

2640 Highway 70
Suite 1A
Manasquan, NJ 08736

3373-001
Viets v. Doral, Target, Cosco, et al
Claim # M0407068
Civil Action No. 3:06-cv-03878

| **Professional Fees** | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/2008 | GRW | Reviewed case with A. Cantor and M. Ferrara. [2.0] | | 2.00 | 300.00 | 600.00 |
| 2/22/2008 | GRW | Reviewed JPMA sled test data submitted NHTSA pertaining to NIJ. [1.0] Reviewed Safety Research and Strategies Article pertaining to the Forgotton Child and Belt positioning boosters. [.5] | | 1.50 | 300.00 | 450.00 |
| 2/27/2008 | dg | Participated in an internal meeting with G. Whitman, M. Markushewski and A. Cantor. | | 1.00 | 200.00 | 200.00 |
| 2/27/2008 | GRW | Reviewed case with A. Cantor. [1.0] Met with and reviewed case with Mike Ferrera. [1.5] | | 2.50 | 300.00 | 750.00 |
| | | | Sub-total Fees: | | | 2,000.00 |

**Rate Summary**

| | | | |
|---|---|---|---|
| David Gushue, Ph.D. | | 1.00 hours at $200.00/hr | 200.00 |
| Gary R. Whitman | | 6.00 hours at $300.00/hr | 1,800.00 |

Total hours: 7.00

**Expenses**

| | | |
|---|---|---|
| 3/7/2008 | Expenses for UPS (2/28/08) | 7.28 |
| 3/11/2008 | Interest on past due account | 7,001.62 |
| | Sub-total Expenses: | 7,008.90 |



ARCCA, INCORPORATED

PO BOX 78 · PENNS PARK PA 18943-0078      PHONE 215-598-9750 · FAX 215-598-9751

| | |
|---|---:|
| Total Current Billing: | 9,008.90 |
| Previous Balance Due: | 43,607.23 |
| **Total Now Due:** | **52,616.13** |

TERMS: Net 30 days. Interest of 1.5% per month
applied on accounts over 45 days.



ARCCA, INCORPORATED

PO BOX 78 · PENNS PARK PA 18943-0078        PHONE 215-598-9750 · FAX 215-598-9751