

DATE: 20-Oct-08

| ARCCA, INC. |
| :---: |
| PRE-TESTIMONY |
| REMITTANCE INVOICE |

**ATTORNEY:**  
Michael E. Wilbert, Esquire  
Michael E. Wilbert Counselor-At-Law  
2640 Highway 70  
Suite 1A  
Manasquan, NJ 08736

**CC: (where applicable)**

**PHONE:** (732) 528-8000 Ext. x2

**FAX:** (732) 528-6453

**CASE NUMBER:** Viets v. Doral, Target, Cosco, et al

**CASE NAME:** 3373-001

**TRIAL OR DEPOSITION:** Deposition

**APPEARANCE DATE:** 10/29/08

**PREPARATION FEES/COSTS**

| Expert Preparation & Client Meeting . | | | | = | $2,300 |
|---|---|---|---|---|---|
| Pre-Testimony Time | 2 | Hours @ | $375.00/hour | = | $3,000 |
| | **Subtotal Preparation Fees** | | | = | $5,300 |
| | | | | = | $ 8,575 |
| Total Pre-Bill | | | | = | $13,875 |

**\*\* NOTE: the held deposition date will be cancelled if payment is not received five business days prior to the scheduled deposition date.\*\***

Please make checks payable to ARCCA, Incorporated at the address noted below.